# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-10982
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

July 5, 2025

Lyle W. Cayce
Clerk

United States of America,

> *Plaintiff—Appellee,*

*versus*

Angelina Luna Peralta,

> *Defendant—Appellant.*

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-630-19

———————————————————————

Before Elrod, *Chief Judge*, and Smith and Graves, *Circuit Judges*.
Per Curiam:[*]

The attorney appointed to represent Angelina Luna Peralta has moved for leave to withdraw and filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Peralta filed a response. But the record is not sufficiently developed to allow us to make a fair evaluation of Peralta's claim of

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10982

ineffective assistance of counsel; we therefore decline to consider that claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, and the relevant portions of the record reflected therein, including Peralta's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.